1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAXIMILIANO MENDEZ,

11            Plaintiff,                    No. CIV S-06-2184 FCD KJM P

12        vs.

13   DR. JOSEPH BICK, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On June 1, 2007, the magistrate judge filed findings and recommendations herein

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within twenty days.  No objections to the

22   findings and recommendations have been filed.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed June 1, 2007, are adopted in full; and

2          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

3   Civ. P. 41(b).

4   DATED: September 6, 2007.

5

6   _____

7   FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26